UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREGORY NEDVED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-406-TAV-JEM |
| | ) | |
| SECRETARY OF U.S. LABOR | ) | |
| LORI CHAVEZ DEREMER., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Leave to Participate in Electronic Case Filing (CM/ECF) [Doc. 20]. Plaintiff, who is proceeding pro se, states that he "receives filings several days later, which has resulted in delayed awareness of deadlines and court orders" [*Id.* ¶ 2]. Plaintiff contends that this "plac[es] Plaintiff at a procedural disadvantage" [*Id.* ¶ 3]. Further, "Plaintiff has ongoing medical conditions and upcoming surgical procedures that significantly limit mobility and physical endurance" [*Id.* ¶ 4]. He submits that "[e]lectronic access would substantially reduce hardship and improve Plaintiff's ability to participate meaningfully in this litigation" [*Id.*]. Plaintiff states that he "has regular access to a computer, reliable internet, and the ability to comply with the Local Rules of the Eastern District of Tennessee and the Court's CM/ECF Administrative Policies and Procedures" [*Id.* ¶ 5]. He requests leave to electronically file documents, arguing that "[g]ranting this Motion would promote judicial efficiency, fairness, and timely compliance with deadlines" [*Id.* ¶ 6].

Rule 5 of the ECF Filing Rules and Procedures of this Court provides, "A party to an action who is not represented by an attorney may, with the Court's permission, register as an E-Filer solely for purposes of that action."[1]

The Court finds Plaintiff's request to file electronically well taken, and the Court **GRANTS** the motion [**Doc. 20**]. Plaintiff **SHALL** be allowed to access the CM/ECF system subject to the same terms and conditions that apply to other users.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

---

[1] Plaintiff may access the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee at the following internet address: https://www.tned.uscourts.gov/local-rules-and-standing-orders.